2010-18164
FILED
July 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002794515

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
    Robert John Turner )
    Lawanna June Temple Turner )
    )
    ) Case No.
    )
    )
_____ Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]     on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]     typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]     electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __51__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   July 19, 2010        /s/ Robert John Turner
                                                           Debtor's Signature
DATED:   July 19, 2010        /s/ Lawanna June Temple Turner

                                               Joint Debtor's (if any) Signature

Actioncard
PO Box 105555
Atlanta, GA 30348


Barclay's Bank Delaware
125 S. West St.
Wilmington, DE 19801


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899


Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130


Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130


CarMax Auto Finance
PO Box 440609
Attn: Correspondence Dept.
Kennesaw, GA 30160-9511


Chase
Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548


Chase
Card Member Services
PO Box 94014
Palatine, IL 60094-4014


Chase
PO Box 94014
Palatine, IL 60094-4014


Chase Bank One Card Serv
PO Box 15298
Wilmington, DE 19850

Dell Computer/Web Bank
12234 N IH 35 SB Bldg B
Austin, TX 78753


Dell Financial Services
One Dell Way
PS2-DF
Round Rock, TX 78682


Dell Financial Services
1 Dell Way P52DF-2
Round Rock, TX 78682


Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850


Flagstar Bank
PO Box 371891
Pittsburgh, PA 15250


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639


FMC-Omaha Service CT
PO Box 54200
Omaha, NE 68154-8000


Ford Credit
PO Box 7172
Pasadena, CA 91109


Gottschalks
Retail Services
PO Box 15521
Wilmington, DE 19850-5521


Harley Davidson Credit
PO Box 21829
Carson City, NV 89721


Harley Davidson Credit
3850 Arrowhead Dr.
Carson City, NV 89706

Harley-Davidson Credit Corp.
Attn: Customer Service
PO Box 22048
Carson City, NV 89721-2048

Home Depot/Citibank
PO Box 6497
Sioux Falls, SD 57117

HSBC Bank
Cardmember Services
PO Box 5250
Carol Stream, IL 60197-5250

HSBC Bank
PO Box 29468
Phoenix, AZ 85038-9468

HSBC Bank/Mor Furniture for Less
PO Box 5253
Carol Stream, IL 60197

HSBC Gottschalks
PO Box 5253
Carol Stream, IL 60197

HSBC Gottshalks
PO Box 703
Wood Dale, IL 60191-0703

HSBC Retail Services
PO Box 15521
Wilmington, DE 19850-5521

HSBC Retail Services
90 Christiana Rd.
New Castle, DE 19720

Hunt & Henriques
151 Bernal Rd., Ste 8
San Jose, CA 95119-1306

Juniper
Card Services
PO Box 13337
Philadelphia, PA 19101-3337


Kohls/Chase
PO Box 3115
Milwaukee, WI 53201


Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Merced School Emp FCU
PO Box 1349
Merced, CA 95341


Merced School Employees Federal CU
PO Box 1349
Merced, CA 95341


Merced School Employees Federal CU
PO Box 1151
Merced, CA 95341-1151


Merced School Employees Federal CU
1021 Olivewood Dr.
Merced, CA 95348


Plains Commerce Bank
PO Box 88020
Sioux Falls, SD 57109-8020


Target National Bank
c/o Target Credit Services
Minneapolis, MN 55440-1581


The Home Depot/CBSD
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497


TNB - Target
PO Box 673
Minneapolis, MN 55440

Victoria's Secret
PO Box 182128
Columbus, OH 43218-2128

Webbank/DFS
12234 N I H 35 Bldg
Austin, TX 78753-1705

WFN-Brylane Homes
PO Box 182121
Columbus, OH 43218-2121

WFNNB/Brylane Homes
4590 E Broad St.
Columbus, OH 43213

WFNNB/Brylane Homes
PO Box 182789
Columbus, OH 43216-2789

WFNNB/Newport News
PO Box 659705
Columbus, OH 43218

WFNNB/Newport News-DCA
PO Box 182789
Columbus, OH 43218-2789

WFNNB/Victoria's Secret
PO Box 182789
Columbus, OH 43218-2789

Zwicker & Assciates, P.C.
Arthur Tessimond, Martin Hoffman,
& Janet L Brown
1320 Willow Pass Road, Suite 730
Concord, CA 94520

Robert John Turner and Lawanna June Temple Turner

Actioncard
PO Box 105555
Atlanta, GA 30348

Barclay's Bank Delaware
125 S. West St.
Wilmington, DE 19801

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130

CarMax Auto Finance
PO Box 440609
Attn: Correspondence Dept.
Kennesaw, GA 30160-9511

Chase
Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548

Chase
Card Member Services
PO Box 94014
Palatine, IL 60094-4014

Chase
PO Box 94014
Palatine, IL 60094-4014

Chase Bank One Card Serv
PO Box 15298
Wilmington, DE 19850

Dell Computer/Web Bank
12234 N IH 35 SB Bldg B
Austin, TX 78753

Dell Financial Services
One Dell Way
PS2-DF
Round Rock, TX 78682

Dell Financial Services
1 Dell Way P52DF-2
Round Rock, TX 78682

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850

Flagstar Bank
PO Box 371891
Pittsburgh, PA 15250

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

FMC-Omaha Service CT
PO Box 54200
Omaha, NE 68154-8000

Ford Credit
PO Box 7172
Pasadena, CA 91109

Gottschalks
Retail Services
PO Box 15521
Wilmington, DE 19850-5521

Harley Davidson Credit
PO Box 21829
Carson City, NV 89721

Harley Davidson Credit
3850 Arrowhead Dr.
Carson City, NV 89706

Harley-Davidson Credit Corp.
Attn: Customer Service
PO Box 22048
Carson City, NV 89721-2048

Home Depot/Citibank
PO Box 6497
Sioux Falls, SD 57117

HSBC Bank
Cardmember Services
PO Box 5250
Carol Stream, IL 60197-5250

HSBC Bank
PO Box 29468
Phoenix, AZ 85038-9468

HSBC Bank/Mor Furniture for Less
PO Box 5253
Carol Stream, IL 60197

HSBC Gottschalks
PO Box 5253
Carol Stream, IL 60197

HSBC Gottshalks
PO Box 703
Wood Dale, IL 60191-0703

HSBC Retail Services
PO Box 15521
Wilmington, DE 19850-5521

HSBC Retail Services
90 Christiana Rd.
New Castle, DE 19720

Hunt & Henriques
151 Bernal Rd., Ste 8
San Jose, CA 95119-1306

Juniper
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Kohls/Chase
PO Box 3115
Milwaukee, WI 53201

Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Merced School Emp FCU
PO Box 1349
Merced, CA 95341

Merced School Employees Federal CU
PO Box 1349
Merced, CA 95341

Merced School Employees Federal CU
PO Box 1151
Merced, CA 95341-1151

Merced School Employees Federal CU
1021 Olivewood Dr.
Merced, CA 95348

Plains Commerce Bank
PO Box 88020
Sioux Falls, SD 57109-8020

Target National Bank
c/o Target Credit Services
Minneapolis, MN 55440-1581

The Home Depot/CBSD
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

TNB - Target
PO Box 673
Minneapolis, MN 55440

Victoria's Secret
PO Box 182128
Columbus, OH 43218-2128

Webbank/DFS
12234 N I H 35 Bldg
Austin, TX 78753-1705

WFN-Brylane Homes
PO Box 182121
Columbus, OH 43218-2121

WFNNB/Brylane Homes
4590 E Broad St.
Columbus, OH 43213

WFNNB/Brylane Homes
PO Box 182789
Columbus, OH 43216-2789

WFNNB/Newport News
PO Box 659705
Columbus, OH 43218

WFNNB/Newport News-DCA
PO Box 182789
Columbus, OH 43218-2789

WFNNB/Victoria's Secret
PO Box 182789
Columbus, OH 43218-2789

Zwicker & Assciates, P.C.
Arthur Tessimond, Martin Hoffman,
& Janet L Brown
1320 Willow Pass Road, Suite 730
Concord, CA 94520